# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

January 18, 2019

**VIA ECF**

Hon. Andrew L. Carter, Jr
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

                         Re:    <u>Galindo Garcia et al v. John Doe Corp. et al.</u>
                                Case No. 18-cv-06165-ALC

Dear Judge Carter:

      This office represents Plaintiff Marxlenin Galindo Garcia in the above-referenced matter. We write to update the Court on the status of this matter. Plaintiff obtained Certificates of Default from the Clerk on November 28, 2018. Defendants have thus far failed to appear and we therefore respectfully request that the Court permit us to file and serve on Defendants a default motion on or before February 8, 2019.

      We thank the Court for its time and attention to this matter.

                                           Respectfully Submitted,

                                           <u>/s/ Paul Hershan</u>
                                           Paul Hershan, Esq.

                                           *Attorney for Plaintiff*