# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

May 11, 2020

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/11/2020
```

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
40 Foley Square
New York, New York 10007

Re: Galindo Garcia v. John Doe Corp. d/b/a Italian Pizza Great Burrito, et al.;
Case No. 18-cv-06165-ALC-RWL

Dear Judge Lehrburger:

The parties jointly write to request *nunc pro tunc* a forty-five (45) day extension of the close of discovery. The previous discovery deadline was April 20, 2020. This is the third such request and all previous requests were granted. We request this further extension as the ongoing Covid-19 crisis has made the contemplated in-person depositions impossible for the foreseeable future and, due to the need for translators, impracticable to conduct remotely.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s_____  /s_____
Clela A. Errington, Esq.  Anthony Portesy
Michael Faillace & Associates  Hamra Law Group
Counsel for Plaintiff  Counsel for Defendants


Extension granted.  No further extensions absent compelling circumstances. Notwithstanding the need for interpreters, remote depositions can and, absent good cause, should be conducted.

SO ORDERED:

5/11/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*Certified as a minority-owned business in the State of New York*