```
┌─────────────────────────────────────────┐
│ USDC SDNY                                 │
│ DOCUMENT                                  │
│ ELECTRONICALLY FILED                      │
│ DOC #:_____                    │
│ DATE FILED:___9/9/2020_____              │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARXLENIN GALINDO GARCIA,                 :

                          Plaintiff,       :

          - against -                      :

JOHN DOE CORP., et al.,                    :

                          Defendants.      :
-------------------------------------------------------------X

18 Civ. 06165 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 11, 2020, the Court granted the parties' joint request for a *nunc pro tunc* 45-day extension of the close of discovery, from April 20, 2020, to June 4, 2020.  (Dkt. 66.)  The Court has not heard from the parties since.  Accordingly, no later than **September 14, 2020**, the parties shall jointly file a letter reporting on the status of the case and any settlement discussions.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:  September 9, 2020
        New York, New York

Copies transmitted to all counsel of record.