UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARXLENIN GALINDO GARCIA,

                 *Plaintiff,*

-against-

GILO'S CORP (D/B/A ITALIAN PIZZA GREAT BURRITO), MAXIMO GARCIA, and FRANCISCO GARCIA,

                 *Defendants.*

Index No. 18-cv-06165-ALC

---

      IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, pursuant to Paragraph 7 of the agreed-upon Settlement and Release ("Agreement") in this matter, that the Agreement is modified as follows:

- Paragraph 10 of the agreement shall be amended to read as follows:

    <u>Cooperation.</u> Claimants warrant that they and their attorneys do not know of any other individuals with similar claims against Company as of the date of execution by the Parties.

Date: New York, New York
       December ____, 2020

---

| | |
|---|---|
| _____ | _Clela Errington_ (signature) |
| Anthony Portesy, Esq. | Clela A. Errington, Esq. |
| Hamra Law Group | Michael Faillace & Associates P.C. |
| 1 Linden Place, Suite 207 | 60 E 42nd St., Suite 4510 |
| Great Neck, NY 11021 | New York, New York 10165 |

1231196.1