```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    GALINDO GARCIA,                                         :
                                                            :
                            Plaintiff,                      :      18-cv-06165 (ALC) (RWL)
            -against-                                       :
                                                            :
    JOHN DOE CORP, ET AL.,                                  :      ORDER
                                                            :
                            Defendants.                     :
                                                            :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/29/2020__

**ANDREW L. CARTER, JR., United States District Judge:**

On December 1, 2020, the Court denied approval of a Settlement Agreement reached by the Parties due to a provision that limits the right to discuss the settlement. *See* ECF No. 72. The Court ordered the Parties to file a revised Settlement Agreement or to file a joint status report by December 15, 2020. *See id.* On December 11, 2020, the Parties filed a stipulation purporting to strike the provision. ECF No. 73. However, the stipulation is not fully executed. ECF No. 73-1.

The Parties are ORDERED to file a fully executed version of the stipulation. The Parties are also ORDERED to file a version of the Settlement Agreement that is revised consistent with the stipulation, as requested by the Court's December 1, 2020 Order. These submissions must be made by January 8, 2021.

**SO ORDERED.**

**Dated: December 29, 2020**
     **New York, New York**                                **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**