UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARXLENIN GALINDO GARCIA,<br><br>       *Plaintiff,*<br> -against-<br><br>GILO'S CORP (D/B/A ITALIAN PIZZA GREAT BURRITO), MAXIMO GARCIA, and FRANCISCO GARCIA,<br><br>       *Defendants.* | Index No. 18-cv-06165-ALC |

  IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, pursuant to Paragraph 7 of the agreed-upon Settlement and Release ("Agreement") in this matter, that the Agreement is modified as follows:

- Paragraph 10 of the agreement shall be amended to read as follows:

    Cooperation. Claimants warrant that they and their attorneys do not know of any other individuals with similar claims against Company as of the date of execution by the Parties.

Date: New York, New York
    January 7, 2021

*Anthony R. Portesy*
_____
Anthony Portesy, Esq.
Hamra Law Group
1 Linden Place, Suite 207
Great Neck, NY 11021

*Clela Errington*
_____
Clela A. Errington, Esq.
Michael Faillace & Associates P.C.
60 E 42nd St., Suite 4510
New York, New York 10165

1231196.1