**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

GALINDO GARCIA, ET AL.,

               **Plaintiffs,**

       -against-

JOHN DOE CORP., ET AL.,

             **Defendants.**

-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ~~1/21/2021~~

**1:18-cv-06165 (ALC) (RWL)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' revised settlement agreement. ECF No. 75. Having

reviewed the revised settlement agreement, as required by *Cheeks v. Freeport Pancake House,*

*Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the

settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with

prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:    January 21, 2021
          New York, New York

_____

      **ANDREW L. CARTER, JR.**
      **United States District Judge**